## THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **SUSAN R. VANCE, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| -vs- | ) | **Case No. CIV-16-1298-R** |
| | ) | |
| **INTEGRIS HEALTH, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

This matter is before the Court pursuant to the Order entered February 15, 2017, directing Plaintiff to show cause within 15 days why this case should not be dismissed for lack of prosecution.    As of this date, Plaintiff has not responded to the Order nor requested an extension of time within which to do so. Therefore, this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 20th day of March, 2017.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE